**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00028-CV

### THE STATE OF TEXAS, Appellant

### V.

### MESQUITE CREEK DEVELOPMENT, INC., ET AL., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-05842-B**

## ORDER

Before the Court is the May 13, 2019 request of Robin Washington, Official Court Reporter for County Court at Law No. 2, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **June 3, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE